IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT COOKE,

        Plaintiff,                      No. CIV S-12-837 MCE CKD PS

    vs.

COUNTY OF NEVADA, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff has filed an amended complaint. In the amended complaint, plaintiff alleges claims against individuals who are employees of the City of Reno and the County of Washoe, Nevada. Although plaintiff names as a defendant the County of Nevada, there are no claims alleged in the complaint against this defendant and plaintiff has attached as an exhibit to the complaint a note in which he states "There is no case against Nevada County." Plaintiff's claims arise out of an allegedly unlawful seizure of property from his home located in Reno, Nevada.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, it appears that defendants reside in Nevada and a substantial part of the events giving rise to plaintiff's claims occurred in Reno, Nevada, which is in the District of Nevada, Reno Division. Therefore, plaintiff's claim should have been filed in the United States District Court for the District of Nevada. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the District of Nevada, Reno Division.

Dated: May 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
cooke.tra